UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TURNELL CORP., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:07CV1169 CDP |
| UNITED STATES FIDELITY & GUARANTY CO., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that plaintiffs' motion to enforce subpoena [#28-1] is granted in part, and Mike Marco shall appear for deposition before **November 30, 2007**, or be subject to sanction by this Court. Plaintiffs' request for fees and costs is denied.

**IT IS FURTHER ORDERED** that plaintiffs' motion to compel [#28-2] is granted in part, and defendant shall produce a corporate designee who is capable of testifying to the matters identified in plaintiffs' notice of deposition. Plaintiffs' request for fees and costs is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of November, 2007.